IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JUSTIN LAMAR JONES,

     Appellant,

v.
                           Case No.    5D22-59
                           LT Case No. 2012-CF-001029

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 27, 2023

3.850 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Justin Lamar Jones, Arcadia, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.